955 A.2d 348

**Douglas E. HUMPHREY, Appellant**

v.

**COMMONWEALTH of Pennsylvania DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Aug. 18, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2008, to the degree the Commonwealth Court's order lays within its original jurisdiction, it is **AFFIRMED.** To the degree Appellant is challenging that portion of the Commonwealth Court's order laying within that court's appellate jurisdiction, we construe Appellant's appeal from that portion of the order as a Petition for Allowance of Appeal, and it is **DENIED.**